IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff,* | § § | Case No: 2:24-cv-00912-RWS-RSP |
| v. | § § | **JURY TRIAL DEMANDED** |
| VANTIVA SA, | § § § | |
| *Defendant.* | § § | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Vantiva SA respectfully submits the attached decisions as supplemental authority concerning Vantiva SA's pending Motion to Transfer Venue or in the Alternative Stay Proceedings Pending *Inter Partes* Review ("Motion").

Since Vantiva SA filed the Motion, the Patent Trial and Appeal Board ("PTAB") has issued Final Written Decisions on three patents asserted in this litigation. On August 15, 2025, the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision finding several challenged claims of the '826 patent unpatentable. *Comcast Cable Commc'ns, LLC v. Entropic Commc'ns, LLC*, IPR2024-00442, Paper 30. Attached hereto as Exhibit A is a copy of that decision. On August 29, 2025, the PTAB issued a Final Written Decision finding all claims of the '775 patent unpatentable. *See* Dkts. 48, 48-1. On September 3, 2025, the PTAB issued a Final Written Decision finding all claims of the '008 patent unpatentable. *Comcast Cable Commc'ns, LLC v. Entropic Commc'ns, LLC*, IPR2024-00441, Paper 31. Attached hereto as Exhibit B is a copy of that decision.

In opposing Vantiva SA's Motion, Entropic has argued, among other things, that the interests of judicial economy favored the case remaining in the Eastern District of Texas because

"the '775, '008, and '826 Patents were previously litigated in this District all the way to the eve of trial[.]" Dkt. 11 at 10 (citing *Entropic Commc'ns, LLC v. Charter Commc'ns, Inc.*, Case No. 2:22-cv-125). The '775 and '008 patents now stand invalid. So, too, does claim 1 of the '826 patent—the only independent claim of that patent asserted in *Charter*. CA 2:22-cv-125, Dkt. 53 (Second Amended Complaint) at 20–23.

Dated: September 10, 2025

Respectfully submitted,

*/s/ Krishnan Padmanabhan*

Krishnan Padmanabhan (*pro hac vice*)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Saranya Raghavan (*pro hac vice*)
sraghavan@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117
E-mail: ddacus@dacusfirm.com

*Attorneys for Defendant Vantiva SA.*

.

## CERTIFICATE OF SERVICE

    I hereby certify that, on September 10, 2025, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

                                                                         */s/  K. Padmanabhan*
                                                                         Krishnan Padmanabhan