## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

        Plaintiff,

    v.

VANTIVA SA,

        Defendant.

Case No. 2:24-cv-00912-RWS-RSP

**DEMAND FOR JURY TRIAL**

### JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW

Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Vantiva SA ("Vantiva SA") (collectively, the "Parties") jointly and respectfully move the Court to stay all deadlines in the above-captioned matter pending certain *inter partes* review proceedings that impact all of the Patents-in-Suit.

This patent-infringement case involves six U.S. Patents—U.S. Patent Nos. 8,223,775 (the "'775 Patent"); 8,792,008 (the "'008 Patent"); 9,825,826 (the "'826 Patent"); 11,381,866 (the "'866 Patent"); 11,399,206 (the "'206 Patent"); and 11,785,275 (the "'275 Patent") (collectively, the "Patents-in-Suit"). Each of these six patents is subject to an instituted *inter partes* review ("IPR") proceeding brought by a third party. The Patent Trial and Appeal Board ("PTAB") has issued Final Written Decisions ("FWD") in five of these IPR proceedings, which have collectively held all, or most, of the asserted claims in each patent to be unpatentable. Entropic has sought review by the Director of the Patent and Trademark Office of the decisions holding the claims of the '775 Patent and '008 Patent to be unpatentable.

The current status of the IPRs relating to each Patent-in-Suit is set forth on the next page.

| Patent No. | IPR No. | Status |
|---|---|---|
| 8,223,775 | IPR2024-00446 | FWD issued 8/29/25 finding all claims asserted against Vantiva SA unpatentable; <br><br> Entropic filed petition for Director Review of FWD on 9/29/25 |
| 8,792,008 | IPR2024-00441 | FWD issued 9/3/25 finding all claims asserted against Vantiva SA unpatentable; <br><br> Entropic filed petition for Director Review of FWD on 10/3/25 |
| 9,825,826 | IPR2024-00442 | FWD issued 8/15/25 finding most, but not all, claims asserted against Vantiva SA unpatentable <br><br> Petitioner filed Request for Rehearing 9/15/25 |
| 11,381,866 | IPR2024-00435 | FWD issued 9/29/25 finding all claims asserted against Vantiva SA unpatentable <br><br> Entropic Petition for Director Review, if any, due 10/29/25; Entropic Notice of Appeal, if any, due 12/1/25 |
| 11,399,206 | IPR2024-00438 | FWD issued 10/1/25 finding all claims asserted against Vantiva SA unpatentable <br><br> Entropic Petition for Director Review, if any, due 10/31/25; Entropic Notice of Appeal, if any, due 12/3/25 |
| 11,785,275 | IPR2025-00180 | Petition was instituted and is pending; FWD due 4/29/26 |

As matters presently stand, almost all of the asserted claims in patents that are the subject of a FWD so far have been held unpatentable. To avoid the expenditure of Party and Court resources on litigation under these circumstances, the Parties have agreed, subject to the Court's approval, that this case should be stayed until the final results of all Director Reviews on the patents that are the subject of an FWD to date. If Entropic's Director Review Petitions do not change the status of the asserted claims of the patents for which it has sought such review, the Parties expect to jointly move to extend the stay until the final conclusion of the IPRs, including any appeals

from the FWDs in those proceedings. If the Director Review Petitions result in a change in the status of the asserted claims in the relevant patents, the stay would expire. In that case, the Parties have agreed to meet and confer about how the case should proceed and, if they are unable to agree, to present their proposals to the Court for resolution. The Parties respectfully submit that a stay of deadlines on these terms will conserve the resources of the Court and avoid litigation on claims that the PTAB has presently determined to be unpatentable.

Date: October 24, 2025

Respectfully submitted,

By: */s/ Michael T. Pieja*
Michael T. Pieja (*pro hac vice*)
Alan E. Littmann (*pro hac vice*)
Doug Winnard (*pro hac vice*)
Katherine P. Kieckhafer (*pro hac vice*)
Xaviere N. Giroud (*pro hac vice*)
Meredith R. Aska McBride (*pro hac vice*)
Kurt A. Holtzman (*pro hac vice*)
Ethan Perbohner (*pro hac vice*)
Madeline R. Thompson (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
kkieckhafer@goldmanismail.com
xgiroud@goldmanismail.com
mmcbride@goldmanismail.com
kholtzman@goldmanismail.com
eperbohner@goldmanismail.com
mthompson@goldmanismail.com

Of counsel:
Andrea Fair
Texas Bar No. 24078488
MILLER FAIR HENRY, PLLC

1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

Date: October 24, 2025                    */s/ Krishnan Padmanabhan*
                                          Krishnan Padmanabhan (*pro hac vice*)
                                          kpadmanabhan@winston.com
                                          **WINSTON & STRAWN LLP**
                                          200 Park Ave.
                                          New York City, NY 10166
                                          Telephone: (212) 294-6700
                                          Facsimile: (212) 294-4700

                                          Saranya Raghavan (*pro hac vice*)
                                          sraghavan@winston.com
                                          **WINSTON & STRAWN LLP**
                                          35 W. Wacker Drive
                                          Chicago, IL 60601
                                          Telephone: (312) 558-5600
                                          Facsimile: (312) 558-5700

                                          Deron R. Dacus
                                          Texas Bar No. 00790553
                                          **THE DACUS FIRM, P.C.**
                                          821 ESE Loop 323, Suite 430
                                          Tyler, Texas 75701
                                          903-705-1117
                                          E-mail: ddacus@dacusfirm.com

                                          *Attorneys for Defendant*
                                          *Vantiva SA*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff Entropic Communications, LLC has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is being filed jointly.


Dated: October 24, 2025                              /s/ *Michael T. Pieja*
                                                      Michael T. Pieja

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW** was filed electronically this 24th day of October 2025, in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).


Dated: October 24, 2025                              /s/ *Michael T. Pieja*
                                                      Michael T. Pieja